1  MAYALL HURLEY
   A Professional Corporation
2  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   Facsimile (209) 473-4818
4  NICHOLAS J. SCARDIGLI
   CA State Bar No. 249947
5
   Attorneys for Plaintiff JESSICA SUTRO-BLAIR
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | JESSICA SUTRO-BLAIR,                  | Case No.: 2:13-CV-02319-JAM-AC
12 |     Plaintiff,                        | STIPULATION AND JOINT MOTION TO
   |                                       | EXTEND THE FILING DATE OF THE
13 | vs.                                   | JOINT STATUS REPORT AND ORDER
14 | WAL-MART STORES, INC., a
   | corporation, and DOES 1-100, inclusive,
15 |     Defendants.

16

17     Plaintiff Jessica Sutro-Blair ("Plaintiff") and Defendant Wal-Mart Stores, Inc.,

18 ("Defendant") hereby stipulate and move the Court to extend the deadline to file their Joint

19 Status Report from January 6, 2014, to March 10, 2014

20     The parties are seeking this continuance because Plaintiff has filed a Motion to Remand,

21 currently scheduled for hearing on February 19, 2014.  In the event that the Court grants

22 Plaintiff's motion, the filing of a Joint Status Report will be unnecessary.  Accordingly, in the

23 interest of efficiency, the parties request that the Court extend the deadline to file a Joint Status

24 Report until after the hearing on Plaintiff's Motion to Remand.

25     This extension is not being sought to cause undue delay or for any improper purpose.

26 / / /

27 / / /

28 / / /

1  **DATED:**  December 19, 2013                **MAYALL HURLEY, P.C.**

3                                    By   /s/
                                          NICHOLAS J. SCARDIGLI
4                                         Attorneys for Plaintiff
                                          JESSICA SUTRO-BLAIR

6  **DATED:**  December 19, 2013                **FISHER & PHILLIPS LLP**

8                                    By   /s/
                                          JOHN L. BEERS
9                                         Attorneys for Defendant
                                          WAL-MART STORES, INC.

---

Stipulation and Joint Motion to Extend the Filing Date of the Joint Status Report
Page 2 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The above stipulation is approved and the joint motion granted.

IT IS SO ORDERED that the deadline to file the Joint Status Report is extended from January 6, 2014, to March 10, 2014.

**DATED:** December 19, 2013

                                          /s/ John A. Mendez
                                          HONORABLE JOHN A. MENDEZ