Jason A. Geller, State Bar No. (168149)
    Email:    jgeller@laborlawyers.com
Juan C. Araneda, SBN (213041)
    Email: awang@laborlawyers.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3709
Telephone: 415/490-9000
Facsimile: 415/490-9001

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JESSICA SUTRO-BLAIR,<br><br>           Plaintiff,<br><br>  vs.<br><br>WAL-MART STORES, INC. a corporation, and DOES 1 through 100, inclusive,<br><br>           Defendant. | Case No.: 2:13-CV-02319-JAM-AC<br><br>*[Removed from San Joaquin Superior Court, Civil Case No. 39-2013-00302541-CU-OE-STK]*<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY AND DISCLOSURE DATES; ORDER THEREON** |

      Plaintiff Jessica Sutro-Blair and Defendant Wal-Mart Stores, Inc., by and through their attorneys of record, hereby stipulate and move for a continuance of expert disclosure and discovery deadlines currently set forth in the Court's Status (Pre-Trial Scheduling) Order (ECF No. 21).

      The parties jointly agree that to facilitate and complete full discovery in this case, the expert disclosure and discovery deadlines currently set forth in the Court's Status (Pre-Trial Scheduling) Order should be extended. Such extension will have no effect on the trial date in this case.

///

///

///

The parties hereby stipulate and propose that the dates set forth in the Court's Status (Pre-Trial Scheduling) Order (ECF No. 21) should be changed to the following dates:

| Status Order Date | Current Date/Deadline | Proposed New Date |
| --- | --- | --- |
| Dispositive Motion Filing | May 6, 2015 | No Change |
| Dispositive Motion Hearing | June 3, 2015 | No Change |
| Discovery Cutoff | March 27, 2015 | No Change |
| Expert Disclosure | January 23, 2015 | **March 6, 2015** |
| Supplemental Expert Disclosure | January 30, 2015 | **March 13, 2015** |
| Final Pre-Trial Conference | July 17, 2015 | No Change |
| Trial | August 31, 2015 | No Change |

IT IS SO STIPULATED.

Date:  January 16,  2015						MAYALL HURLEY APC

							By: __/s/_____
							     John P. Briscoe
							     Attorneys for Plaintiff
							      JESSICA SUTRO-BLAIR

Date:  January 16, 2015						FISHER & PHILLIPS LLP

							By: __/s/_____ _____
							     Juan C. Araneda
							     Attorneys for Defendant
							      WAL-MART STORES, INC.

## **ORDER**

The Court hereby adopts the parties stipulation set forth above.

IT IS SO ORDERED.

Dated: 1/16/2015					/s/ John A. Mendez_____

							United States District Court Judge

___

CERTIFICATE OF SERVICE
FPDOCS 30329155.1