MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
Facsimile (209) 473-4818
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947
JOHN P. BRISCOE
CA State Bar No. 273690

Attorneys for Plaintiff JESSICA SUTRO-BLAIR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSICA SUTRO-BLAIR, | Case No.: 2:13-CV-02319-JAM-AC |
|---|---|
| Plaintiff, | STIPULATION AND JOINT MOTION TO EXTEND THE DISCOVERY CUTOFF AND ORDER |
| vs. | |
| WAL-MART STORES, INC., a corporation, and DOES 1-100, inclusive, | |
| Defendants. | |

WHEREAS, a discovery dispute presently exists between the parties;

WHEREAS, the discovery cutoff is currently set at March 27, 2015;

WHEREAS, the parties are presently set to go to mediation on February 24, 2015, and wish to devote resources to disposing finally of the case; and

WHEREAS, should the case not settle at mediation, the parties wish to meet and confer further to informally settle their discovery dispute before law and motion becomes absolutely necessary:

Plaintiff Jessica Sutro-Blair ("Plaintiff") and Defendant Wal-Mart Stores, Inc., ("Defendant") hereby stipulate and move the Court to extend the discovery cutoff, presently set for March 27, 2015 (see Document 21), by a period of three weeks to April 17, 2015.

/ / /

**DATED:** February 17, 2015          **MAYALL HURLEY P.C.**

By    /s/ John P. Briscoe
NICHOLAS J. SCARDIGLI
JOHN P. BRISCOE
Attorneys for Plaintiff
JESSICA SUTRO-BLAIR

**DATED:** February 17, 2015          **FISHER & PHILLIPS LLP**

By    /s/ Juan Araneda
JUAN ARANEDA
Attorneys for Defendant
WAL-MART STORES, INC.

## **ORDER**

The above stipulation is approved and the joint motion granted.

IT IS SO ORDERED that all discovery shall be completed by April 17, 2015. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

The joint mid-litigation statement, as referenced in the Status Order of May 5, 2014 (Document 21) shall be filed no later than fourteen days prior to the new discovery cutoff (April 3, 2015).

**DATED:** February 17, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ