**MAYALL HURLEY**
A Professional Corporation
**2453 Grand Canal Boulevard**
**Stockton, California 95207**
Telephone (209) 477-3833
Facsimile (209) 473-4818
**NICHOLAS J. SCARDIGLI**
CA State Bar No. 249947
**JOHN P. BRISCOE**
CA State Bar No. 273690

**Attorneys for Plaintiff JESSICA SUTRO-BLAIR**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA SUTRO-BLAIR,**<br><br>   Plaintiff,<br><br>vs.<br><br>**WAL-MART STORES, INC., a corporation, and DOES 1-100, inclusive,**<br><br>   Defendants. | Case No.: 2:13-CV-02319-JAM-AC<br><br>**STIPULATED REQUEST FOR DISMISSAL with PREJUDICE AND ORDER**<br><br>Courtroom : 7<br>The Hon. John A. Mendez<br>Trial Date: August 31, 2015 |

   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff JESSICA SUTRO-BLAIR and counsel for Defendant WAL-MART STORES, INC., that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each part to bear its or his own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---
Stipulated Request for Dismissal with Prejudice and Order
Page 1 of 2

**DATED:** March _6_, 2015                              **MAYALL HURLEY P.C.**


By     /s/    John P. Briscoe
      NICHOLAS J. SCARDIGLI
      JOHN P. BRISCOE
      Attorneys for Plaintiff,
      JESSICA SUTRO-BLAIR


**DATED:** March _6_, 2015                              **FISHER & PHILLIPS LLP**


By     /s/    Juan Araneda
      JUAN ARANEDA
      Attorneys for Defendant
      WAL-MART STORES, INC.


**IT IS SO ORDERED**:


Dated: March 6, 2015

     /s/ John A. Mendez
     HON. JOHN A. MENDEZ
     UNITED STATES DISTRICT COURT JUDGE